MINUTE ENTRY  PROCEEDINGS: JURY TRIAL - Day 1

Attorney Danilo Aguilar was present with Plaintiff Sandeep Rai.  Attorney G. Anthony Long  was present on behalf of Hong Kong Entertainment, et al.  Also present at Defense table was Mr. Phil Sutton.

27 Potential jurors were present.

At 10:15 a.m. 8 regular jurors were empaneled: 1) Litulumar, Pedro Teregeyo; 2) Nangauta, Teddy LG;  3) Manahane, Bernadita; 4) Mesa, Jose Manglona; 5) Dela Cruz, Francisco; 6) Cabrera, Alvin Justin; 7) Itibus, Dolores Kaipat; 8) Aldan, Bertha Flora.

Court recessed for a morning break at 10:30 a.m. and reconvened at 10:55 a.m.

Court gave introduction to the trial.  Plaintiff began opening statement at 10:56 a.m. and finished at 11:00 a.m.  Defense began opening statement at 11:00 a.m. and finished at 11:03 a.m.

Court recessed for the lunch break at 11:04 a.m.   All jurors were excused from the Courtroom and ordered to return at 1:00 p.m.

Court reconvened at 1:00 p.m. and Plaintiff called their first witness:

SANDEEP RAI. (Plaintiff). DX. Ex. 40 and 18.  Pltf moved to admit Ex. 40 and 18 into evidence; there being no objection, Court so ordered. Ex. 36. Pltf moved to admit Ex. 36 into evidence; there being no objection, Court so ordered. Ex. 37. Pltf moved to admit Ex. 37 into evidence; there being no objection, Court so ordered. Ex. 38.Pltf moved to admit Ex. 38 into evidence; there being no objection, Court so ordered. Ex. 39. Pltf moved to admit Ex. 39 into evidence; there being no objection, Court so ordered.

Court recessed for afternoon break at 2:25 p.m. and reconvened at 3:00 p.m.

Defense began CX of witness Rai. Ex. H.  Defense moved to admit Ex. H into evidence; there being no objection, Court so ordered. Ex. AA. Defense moved to admit Ex. AA into evidence; there being no objection, Court so ordered. Ex. J. Defense moved to admit Ex. J  into evidence; there being no objection, Court so ordered. Ex. F. Defense moved to admit Ex. F  into evidence; there being no objection, Court so ordered. Ex. G. Ex. N. Defense moved to admit Ex. N into evidence; there being no objection, Court so ordered. Ex. Z. Defense moved to admit Ex. Z  into evidence; there being no objection, Court so ordered. Ex. O.  Defense moved to admit Ex. O into evidence; there being no objection, Court so ordered. Ex. BB. Defense moved to admit Ex. BB  into evidence; there being no objection, Court so ordered. Ex. CC-1. Defense moved to admit Ex. CC-1  into evidence; there being no objection, Court so ordered. Ex. CC-2, 3, 4, 5.
Defense moved to admit Ex. CC-2, 3, 4, & 5  into evidence; there being no objection, Court so ordered. Ex. CC-6. Defense moved to admit Ex. CC-6  into evidence; there being no objection, Court so ordered. Ex. DD-1. Defense moved to admit Ex. DD-1 into evidence; there being no objection, Court so ordered. Ex. DD-2. Defense moved to admit Ex. DD-2 into evidence; there being no objection, Court so ordered. Ex. DD-3, 4, 5. Defense moved to admit Ex. DD-3, 4, 5 into evidence; there being no objection, Court so ordered. Ex. DD-6. Defense moved to admit Ex. DD-6 into evidence; there being no objection, Court so ordered.  Ex. DD-7, 8, 9. Defense moved to admit Ex.

DD-7,8 & 9 into evidence; there being no objection, Court so ordered. Ex. DD-10, 11, 12. Defense moved to admit Ex. DD-10, 11, & 12 into evidence; there being no objection, Court so ordered.  Ex. R. Defense moved to admit Ex. R into evidence; there being no objection, Court so ordered. Ex. P. Defense moved to admit Ex. P into evidence; there being no objection, Court so ordered. Ex. Q. Defense moved to admit Ex. Q into evidence; there being no objection, Court so ordered. Ex. T. Defense moved to admit Ex. T into evidence; there being no objection, Court so ordered. Ex. U. Defense moved to admit Ex. U into evidence; there being no objection, Court so ordered. Ex. V. Defense moved to admit Ex. V into evidence; there being no objection, Court so ordered. Ex. W & X. Defense moved to admit Ex. W & X into evidence; there being no objection, Court so ordered.

 Court excused the jurors for the evening at 4:30 p.m. and jurors were admonished not to talk with anyone regarding the case.  Jurors were ordered to return to the Court at 9:00 a.m. to continue with the trial.
;
Applies to: PTF Sandeep Rai [KLL EOD 04/23/2003]