MINUTE ENTRY   PROCEEDINGS: CIVIL JURY TRIAL - Day 4 (Deliberation & Verdict)

Attorney Danilo Aguilar was present with Plaintiff Sandeep Rai.  Attorney G. Anthony Long was present on behalf of Hong Kong Entertainment, et al.  Also present at Defense table was Mr. Phil Sutton. Eight jurors were present.

Jurors began deliberation at 9:30 a.m. (flight from Tinian was delayed).

Jurors were escorted to lunch at 11:30 a.m. and returned to continue deliberation at 1:00 p.m.
A note was received that the jurors were ready to return a verdict and the parties were called to return to the Court.

Court reconvened at 2:00 p.m. and the jurors were brought into the Court.  The jury foreperson stated that they had reached a verdict.  The verdict was read and record as follows:

In the United States District Court for the Northern Marianas Islands in Civil Action No. 02-0010; Sandeep Rai, Plaintiff -vs- Hong Kong Entertainment (Overseas) Investment, Ltd., a CNMI Corporation, Defendant.  Is the Plaintiff entitled to Overtime Pay? NO.  Signed and dated by the Jury Forman on April 28, 2003.

Jurors were thanked and released.

;
Applies to: PTF Sandeep Rai [KLL EOD 04/28/2003]