FILED
Clerk
District Court

AUG 25 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| LAL LIMBU and SANDEEP RAI, | ) | CIVIL CASE NO. 02-0010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF RELEASE OF EXHIBITS |
| | ) | |
| HONG KONG ENTERTAINMENT | ) | |
| (OVERSEAS INVESTMENT, LTD., | ) | |
| a Commonwealth corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Danilo T. Aguilar
Attorney for Plaintiff
P.O. Box 505301
Saipan, MP 96950

G. Anthony Long
Attorney for Defendants
PMB 1797, Box 10001
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this __25th__ day of __August__, 2005

GALO L. PEREZ, Clerk of Court

By:/ Ignacio C. Benavente
Chief Deputy Clerk
U.S. District Court
Northern Mariana Islands

AO 187

# EXHIBIT AND WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| Sandeep Rai -vs- Hong Kong Entertainment (Overseas), et al | | | | | District Court<br>NORTHERN MARIANA ISLANDS |
| **Plaintiff's Attorney**<br>DANILO Aguilar, Esq. | | | **Defendant's Attorneys**<br>G. Anthony Long, Esq. | | Docket Number: CV-02-0010<br>Trial Date(s): APRIL 23, 2003 |
| **Presiding Judge** Alex R. Munson | | | **Court Reporter** Sanae Shmull | | **Courtroom Deputy** K. Lynn Lemieux |

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 04/23/03 | ------------ | -------------- | **SANDEEP RAI** |
| 40 | | 04/23/03 | 04/23/03 | 04/23/03 | Tinian Dynasty Hotel Security Operations Regulation |
| 18 | | 04/23/03 | 04/23/03 | 04/23/03 | Employee Misconduct Notice issued to Sandeep Rai |
| 36 | | 04/23/03 | 04/23/03 | 04/23/03 | Security Managers Master Roster 1999 |
| 37 | | 04/23/03 | 04/23/03 | 04/23/03 | Security Managers Master Roster 2000 |
| 38 | | 04/23/03 | 04/23/03 | 04/23/03 | Security Managers Master Roster 2001 |
| 39 | | 04/23/03 | 04/23/03 | 04/23/03 | Security Managers Master Roster 2002 |
| | h | 04/23/03 | 04/23/03 | 04/23/03 | Tinian Dynasty Employee Handbook |
| | aa | 04/23/03 | 04/23/03 | 04/23/03 | Security Department Manual |
| | j | 04/23/03 | 04/23/03 | 04/23/03 | March 24, 1999 memo re: Notice of Rai's promotion |
| | f | 04/23/03 | 04/23/03 | 04/23/03 | Employment Contract for Rai for period March 31, 1999 to March 30, 2000 |
| | g | 04/23/03 | 04/23/03 | | Employment Contract for Rai for period March 31, 2000 to March 30, 2001 |
| | n | 04/23/03 | 04/23/03 | 04/23/03 | September 21, 2001 memo of the Security Management Meeting Minutes |
| | z | 04/23/03 | 04/23/03 | 04/23/03 | June 8, 2001 notice of Security Management Meeting |
| | o | 04/23/03 | 04/23/03 | 04/23/03 | August 23, 2001 memo from Biresh Limbu to Security Shift Managers: Semi-Annual Assessment |
| | bb 1-10 | 04/23/03 | 04/23/03 | 04/23/03 | Staff Appraisal Forms for Security Department prepared by Rai |
| | cc 1-6 | 04/23/03 | 04/23/03 | 04/23/03 | Quarterly Security Department Assessment Reports prepared by Rai |
| | dd 1-12 | 04/23/03 | 04/23/03 | 04/23/03 | Security Shift Managers Monthly Reports from Rai to Security Manager |
| | r | 04/23/03 | 04/23/03 | 04/23/03 | June 26, 2001 memo frim Rai to Security Officer Ghosh re: reprimand June 8, 2001 |
| | p | 04/23/03 | 04/23/03 | 04/23/03 | August 17, 2001 memo from Biresh Limbu to Security Shift Managers re: change in duties and responsibilities |
| | q | 04/23/03 | 04/23/03 | 04/23/03 | September 11, 2001 memo from Rai to Frank Perez re: progress of three security officers |
| | t | 04/23/03 | 04/23/03 | 04/23/03 | December 6, 2000 memo from Rai to Control Room Operators re: Movement of Cameras |
| | u | 04/23/03 | 04/23/03 | 04/23/03 | November 29, 2000 memo from Rai to Security Manager re: Powerhouse Attendant |
| | v | 04/23/03 | 04/23/03 | 04/23/03 | June 9, 2000 memo from Biresh Limbu to Security Shift Managers re: duties and responsibilities |
| | w | 04/23/03 | 04/23/03 | 04/23/03 | May 17, 2000 memo from Rai to Frank Perez re: Casino Rules |
| | x | 04/23/03 | 04/23/03 | 04/23/03 | March 01, 2000 memo from Frank Perez to Ciaran Carruthers re: Rai unauthorized allowance |
| | m | 04/24/03 | 04/24/03 | 04/24/03 | February 25, 2002 memo from Rai to Frank Perez re: non-renewal of contract |
| | l | 04/24/03 | 04/24/03 | 04/24/03 | Signed Probationary Agreement for Rai |
| | k | 04/24/03 | 04/24/03 | 04/24/03 | A Security Department Work History Sheet for Rai |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 43 | | 04/24/03 | 04/24/03 | 04/24/03 | Summary of Rai's work hours from Feb. 20, 1999 to Jan. 7, 2000 |
| 44 | | 04/24/03 | 04/24/03 | 04/24/03 | Summary of Rai's work hours from Jan. 08, 2000 to Jan. 5, 2001 |
| 45 | | 04/24/03 | 04/24/03 | 04/24/03 | Summary of Rai's work hours from Jan. 06, 2001 to Jan. 04, 2002 |
| 46 | | 04/24/03 | 04/24/03 | 04/24/03 | Summary of Rai's work hours from Jan. 05, 2001 to Mar. 15, 2001 |
| W2 | | 04/24/03 | ------------ | ------------ | SUK DAMANG LAMA |
| W3 | | 04/24/03 | ------------ | ------------ | DHAN GURUNG |
| W4 | | 04/24/03 | ------------ | ------------ | FRANK S. PEREZ |
| 42 | | 04/24/03 | 04/24/03 | 04/24/03 | Memorandum RE: Overtime Payment |
| W5 | | 04/24/03 | ------------ | ------------ | HIRA PRADHAM |
| W6 | | 04/24/03 | ------------ | ------------ | RONANDO PASCUA |
| | W1 | 04/24/03 | ------------ | ------------ | PHIL SUTTON |