FILED
Clerk
District Court

AUG 2 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LAL LIMBU and SANDEEP RAI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HONG KONG ENTERTAINMENT ) <br> (OVERSEAS) INVESTMENT, LTD., ) <br> a Commonwealth corporation, ) <br> Defendant. ) <br> _____ ) | CIVIL CASE NO. 02-0010 <br><br><br> EXIHIBIT WITHDRAWAL RECEIPT |

### EXHIBIT WITHDRAWAL RECEIPT

Request for and receipt is acknowledged of the following **exhibits/documents** filed in the above matter.

### AS PER ATTACHED DEFENDANT'S EXHIBIT LIST

Dated: 08 26, 2005

Acknowledge by: _____
G. Anthony Long
PMB 1797, Box 10001
Saipan, MP 96950

Approved: _____
Ignacio C. Benavente
Chief Deputy Clerk

AO 187                          **EXHIBIT AND WITNESS LIST**

| | | | |
|---|---|---|---|
| Sandeep Rai -vs- Hong Kong Entertainment (Overseas), et al | | **District Court** NORTHERN MARIANA ISLANDS | |
| **Plaintiff's Attorney** DANILO Aguilar, Esq. | **Defendant's Attorneys** G. Anthony Long, Esq. | **Docket Number:** CV-02-0010 **Trial Date(s):** APRIL 23, 2003 | |
| **Presiding Judge**   Alex R. Munson | **Court Reporter**   Sanae Shmull | **Courtroom Deputy**   K. Lynn Lemieux | |

| PLT. NO. | NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 04/23/03 | ---------- | ---------- | SANDEEP RAI |
| 40 | | 04/23/03 | 04/23/03 | 04/23/03 | Tinian Dynasty Hotel Security Operations Regulation |
| 18 | | 04/23/03 | 04/23/03 | 04/23/03 | Employee Misconduct Notice issued to Sandeep Rai |
| 36 | | 04/23/03 | 04/23/03 | 04/23/03 | Security Managers Master Roster 1999 |
| 37 | | 04/23/03 | 04/23/03 | 04/23/03 | Security Managers Master Roster 2000 |
| 38 | | 04/23/03 | 04/23/03 | 04/23/03 | Security Managers Master Roster 2001 |
| 39 | | 04/23/03 | 04/23/03 | 04/23/03 | Security Managers Master Roster 2002 |
| | a | 04/23/03 | 04/23/03 | 04/23/03 | Tinian Dynasty Employee Handbook |
| | aa | 04/23/03 | 04/23/03 | 04/23/03 | Security Department Manual |
| | j | 04/23/03 | 04/23/03 | 04/23/03 | March 24, 1999 memo re: Notice of Rai's promotion |
| | f | 04/23/03 | 04/23/03 | 04/23/03 | Employment Contract for Rai for period March 31, 1999 to March 30, 2000 |
| | g | 04/23/03 | 04/23/03 | | Employment Contract for Rai for period March 31, 2000 to March 30, 2001 |
| | n | 04/23/03 | 04/23/03 | 04/23/03 | September 21, 2001 memo of the Security Management Meeting Minutes |
| | z | 04/23/03 | 04/23/03 | 04/23/03 | June 8, 2001 notice of Security Management Meeting |
| | o | 04/23/03 | 04/23/03 | 04/23/03 | August 23, 2001 memo from Biresh Limbu to Security Shift Managers: Semi-Annual Assessment |
| | bb 1-10 | 04/23/03 | 04/23/03 | 04/23/03 | Staff Appraisal Forms for Security Department prepared by Rai |
| | cc 1-6 | 04/23/03 | 04/23/03 | 04/23/03 | Quarterly Security Department Assessment Reports prepared by Rai |
| | dd 1-12 | 04/23/03 | 04/23/03 | 04/23/03 | Security Shift Managers Monthly Reports from Rai to Security Manager |
| | r | 04/23/03 | 04/23/03 | 04/23/03 | June 26, 2001 memo frim Rai to Security Officer Ghosh re: reprimand June 8, 2001 |
| | p | 04/23/03 | 04/23/03 | 04/23/03 | August 17, 2001 memo from Biresh Limbu to Security Shift Managers re: change in duties and responsibilities |
| | q | 04/23/03 | 04/23/03 | 04/23/03 | September 11, 2001 memo from Rai to Frank Perez re: progress of three security officers |
| | t | 04/23/03 | 04/23/03 | 04/23/03 | December 6, 2000 memo from Rai to Control Room Operators re: Movement of Cameras |
| | u | 04/23/03 | 04/23/03 | 04/23/03 | November 29, 2000 memo from Rai to Security Manager re: Powerhouse Attendant |
| | v | 04/23/03 | 04/23/03 | 04/23/03 | June 9, 2000 memo from Biresh Limbu to Security Shift Managers re: duties and responsibilities |
| | w | 04/23/03 | 04/23/03 | 04/23/03 | May 17, 2000 memo from Rai to Frank Perez re: Casino Rules |
| | x | 04/23/03 | 04/23/03 | 04/23/03 | March 01, 2000 memo from Frank Perez to Ciaran Carruthers re: Rai unauthorized allowance |
| | m | 04/24/03 | 04/24/03 | 04/24/03 | February 25, 2002 memo from Rai to Frank Perez re: non-renewal of contract |
| | l | 04/24/03 | 04/24/03 | 04/24/03 | Signed Probationary Agreement for Rai |
| | k | 04/24/03 | 04/24/03 | 04/24/03 | A Security Department Work History Sheet for Rai |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 43 | | 04/24/03 | 04/24/03 | 04/24/03 | Summary of Rai's work hours from Feb. 20, 1999 to Jan. 7, 2000 |
| 44 | | 04/24/03 | 04/24/03 | 04/24/03 | Summary of Rai's work hours from Jan. 08, 2000 to Jan. 5, 2001 |
| 45 | | 04/24/03 | 04/24/03 | 04/24/03 | Summary of Rai's work hours from Jan. 06, 2001 to Jan. 04, 2002 |
| 46 | | 04/24/03 | 04/24/03 | 04/24/03 | Summary of Rai's work hours from Jan. 05, 2001 to Mar. 15, 2001 |
| W2 | | 04/24/03 | ------------ | ------------ | SUK DAMANG LAMA |
| W3 | | 04/24/03 | ------------ | ------------ | DHAN GURUNG |
| W4 | | 04/24/03 | ------------ | ------------ | FRANK S. PEREZ |
| 42 | | 04/24/03 | 04/24/03 | 04/24/03 | Memorandum RE: Overtime Payment |
| W5 | | 04/24/03 | ------------ | ------------ | HIRA PRADHAM |
| W6 | | 04/24/03 | ------------ | ------------ | RONANDO PASCUA |
| | W1 | 04/24/03 | ----------- | ------------ | PHIL SUTTON |